UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. Y.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br><br>　　　　　Defendant. | Case No.  22-cv-06197-VC<br><br>**ORDER RE HEARING**<br>Re: Dkt. No. 25 |

At today's hearing, counsel of record for the Commissioner did not appear. A lawyer from the U.S. Attorney's Office appeared on an emergency basis, and the Court ordered that the Commissioner must file an explanation for the nonappearance by Monday. Immediately following the hearing, the Court received a voicemail from another attorney for the Commissioner stating that counsel of record had overlooked the hearing and that it would therefore need to be rescheduled. The hearing will not be rescheduled. The Court will decide the case on the papers. No further explanation need be filed on Monday.

**IT IS SO ORDERED.**

Dated: June 8, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge